♦AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of Illinois

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| v. | (For **Revocation** of Probation or Supervised Release) |
| Kevin A. Clark | |

Case No. 07CR30175

USM No. 07869-025

Judith A. Kuenneke, AFPD
_____
Defendant's Attorney

FILED
APR 25 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  as alleged below  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard # 2 | The defendant failed to file monthly reports timely | 07/30/2010 |
| Standard # 4 | The defendant failed to provide verification of financial support | 08/30/2010 |
| Standard # 11 | The defendant failed to notify probation of being questioned by Caseyville Il. Police Dept. | 03/14/2010 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4907

Defendant's Year of Birth: 1971

City and State of Defendant's Residence:
Cahokia, IL 62206

04/21/2011
_____
Date of Imposition of Judgment

_____
Signature of Judge

J. Phil Gilbert  District Judge
_____
Name and Title of Judge

April 25, 2011
_____
Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1A

DEFENDANT: Kevin A. Clark
CASE NUMBER: 07CR30175

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | The defendant failed to participate in a program for substance abuse & used alcohol while enrolled in substance abuse counseling. | 09/15/2010 |
| Special | The defendant failed to participate in a program of mental health treatment | 08/05/2010 |
| Special | The defendant failed to pay as ordered on his financial penalty | 08/30/2010 |
| Special | The defendant was unsuccessfully discharged from Residential Reentry Center | 09/15/2010 |

DEFENDANT: Kevin A. Clark
CASE NUMBER: 07CR30175

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**15 months**

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


                                                    _____
                                                    UNITED STATES MARSHAL

                                              By    _____
                                                    DEPUTY UNITED STATES MARSHAL